**[J-74-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


IN RE:  NOMINATION PETITION OF
JOHN H. MORLEY, JR. AS CANDIDATE
FOR THE DEMOCRATIC NOMINATION
FOR SENATOR IN THE GENERAL
ASSEMBLY FROM THE FIRST
SENATORIAL DISTRICT,  OBJECTION
OF: GAETANO PICCRILLI; MICHAEL
WEISS AND KAREN GREENBERG


APPEAL OF:  JOHN H. MORLEY, JR.

: No. 14 EAP 2016
:
: Appeal from the orders of the
: Commonwealth Court dated March 18,
: 2016 and March 31, 2016 at No. 102
: M.D. 2016
:
:
:
: SUBMITTED:  April 7, 2016
:
:
:


## ORDER


**PER CURIAM**

    **AND NOW,** this 19th day of April, 2016, the Order of the Commonwealth Court granting Gaetano Picrilli, Michael Weiss, and Karen Greenberg's Petition to Set Aside the Nomination Petition of John H. Morley, Jr. is **REVERSED** and the matter is **REMANDED**.  The Commonwealth Court shall direct the Secretary of the Commonwealth to reinstate the name of John H. Morley, Jr. on the ballot for April 26, 2016 Democratic nomination for Senator in the General Assembly in the First Senatorial District.

    Opinion to follow.